

FILED
9/15/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Elly Moheb (312) 353-1412

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

KENNETH JOSEPH COOMBS

Case No. 1:25-cr-00570
JEFFREY T. GILBERT
Magistrate Judge

### AFFIDAVIT IN REMOVAL PROCEEDING

I, HUNTER BROOKS, appearing before United States Magistrate Judge JEFFREY T. GILBERT by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that KENNETH JOSEPH COOMBS has been charged by Indictment in the Southern District of Illinois with the following criminal offenses: engaging in illicit sexual conduct in a foreign place, in violation of Title 18, United States Code, Section 2423(c) and 2426 (eight counts).

A copy of the Indictment is attached, as exhibit A. A copy of the arrest warrant also is attached, as exhibit B.

HUNTER BROOKS
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 15th day of September, 2025.

JEFFREY T. GILBERT
United States Magistrate Judge

Case 1:25-cr-00570 Document #: 1 Filed: 09/15/25 Page 2 of 4 PageID #:2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUPPRESSED**

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      v.                            )     No. _17-30072-DRH_
                                    )
KENNETH JOSEPH COOMBS,              )     18 U.S.C. § 2423(c)
                                    )     18 U.S.C. § 2426
            Defendant.              )
                                    )

**FILED**

**APR 19 2017**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNTS 1-8
*Engaging in Illicit Sexual Conduct in a Foreign Place*

Beginning on or about August 22, 2016, and continuing until on or about September 9, 2016, the defendant,

### KENNETH JOSEPH COOMBS,

a United States citizen, whose last known residence in the United States is in Collinsville, Illinois, within the Southern District of Illinois, traveled in foreign commerce from the United States to the Federal Democratic Republic of Nepal and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Sections 2423(f)(1), (2), and (3), with the following Nepali boys, all of whom were then under the age of 18 years:

| COUNT | Boy (Alias) |
|-------|-------------|
| 1     | CIB 159     |
| 2     | CIB 160     |
| 3     | CIB 161     |
| 4     | CIB 163     |
| 5     | CIB 165     |
| 6     | CIB 166     |
| 7     | CIB 168     |
| 8     | CIB 169     |

EXHIBIT A

All of the illicit sexual conduct took place at a hotel in Kathmandu, Nepal, when **COOMBS** was 48 years old. All in violation of Title 18, United States Code, Sections 2423(c) and 2426.

A TRUE BILL

DONALD S. BOYCE
United States Attorney

ALI SUMMERS
Assistant United States Attorney

NATHAN D. STUMP
Assistant United States Attorney

ELLY PEIRSON
Trial Attorney
Criminal Division

2

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

UNITED STATES OF AMERICA
*Plaintiff*

v.

Kenneth Joseph Coombs
*Defendant(s)*

Case Number: 17-30072-DRH

**SUPPRESSED**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*         Kenneth Joseph Coombs                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☒  Indictment      ☐  Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition    ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Counts 1-8 – Engaging in Illicit Sexual Conduct in a Foreign Place – 18:2423© and 2426

Date: April 20, 2017

_____     Deputy Clerk
*Issuing officer's signature*

City and state:    East St. Louis, IL

Justine Flanagan, Acting Clerk of Court
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

AO-442  (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)

EXHIBIT B